# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIBABA MAPUATULI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN,<br><br>　　　　Respondent. | Case No. ED CV 17-50 R (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 7, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE